LOUIS PETRILLO, Respondent, v. CITY OF MOUNT VERNON, Appellant.— In an action to recover for paving materials furnished to the defendant, resettled order of the City Court of Mount Vernon granting plaintiff's motion for summary judgment and the judgment entered in plaintiff's favor unanimously affirmed, with ten dollars costs and disbursements. No opinion. Appeal from the original order dismissed. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN " BUGGSY " GOLDSTEIN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant, Goldstein, of the crimes of conspiracy and coercion, and sentencing him to the New York City Penitentiary, reversed on the law and the facts and a new trial ordered. Appeal from order denying motion to amend the stenographer's minutes dismissed. Appellant was not represented at the trial by counsel of his own choosing. In our opinion, counsel for defendant should have informed the Court of Special Sessions at an earlier date than he did of the existence of his engagement in the County Court; in which event the trial herein would in all probability not have been set for November ninth. We do not approve of counsel's failure to explain the delay in prosecuting this appeal, but have enlarged the time therefor in the interests of justice. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEYMOUR MAGOON, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant, Magoon, of the crime of conspiracy and sentencing him to the New York City Penitentiary, reversed on the law and the facts and a new trial ordered on authority of *People* v. *Goldstein* (*ante*, p. 896), decided herewith. Appeal from order denying motion to amend the stenographer's minutes dismissed. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

MAXWELL RUBIN, Appellant, v. FRANCIS E. LAIMBEER, SAMUEL MARCUS and ISIDOR WELS, Respondents, and KEITH LORENZ, Defendant.— Order, in so far as appealed from, modified by allowing the examination also as to item 27, contained in paragraph 33 of the moving affidavit, and as so modified affirmed, with ten dollars costs and disbursements to respondents; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

AARON SCHEK, Respondent, v. FALCO DRESS CO., INC., Appellant.— In an action to recover for breach of an oral contract of employment, the plaintiff obtained a verdict. Judgment and order denying motion to set aside the verdict reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.